662

■

150 A.3d 818

ELECTRICAL GENERAL CORP.

v.

LABONTE

Pet. Docket No. 410, Sept. Term, 2016

Court of Appeals of Maryland.

December 2, 2016

Reported below: 229 Md.App. 187, 144 A.3d 856.

Petition for writ of certiorari granted.

■

150 A.3d 818

POWELL

v.

DEPT. OF HEALTH AND MENTAL HYGIENE

Pet. Docket No. 431, Sept. Term, 2016

Court of Appeals of Maryland.

December 2, 2016

Pending in the Court of Special Appeals (No. 1596, Sept. Term, 2016).

Petition for writ of certiorari granted.